FILED: July 17, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-2266
(21518-18)

_____

GREGG MICHAEL KELLETT

    Petitioner - Appellant

v.

COMMISSIONER OF INTERNAL REVENUE

    Respondent - Appellee

_____

O R D E R

_____

Upon consideration of appellee's motion for vacatur and remand, the court grants the motion, vacates the tax court's judgment, and remands this case to the tax court for a redetermination of appellant's 2015 income-tax liability in accordance with the terms of the parties' agreement.

Entered at the direction of Judge Harris with the concurrence of Judge Rushing and Senior Judge Motz.

For the Court

/s/ Patricia S. Connor, Clerk